- 1 -

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| LORI GOUX | : | DOCKET NO. 1:22-cv-04759 |
| VERSUS | : | JUDGE DEE D. DRELL |
| ALLSTATE VEHICLE & PROPERTY INSURANCE CO., ET AL. | : | MAGISTRATE JUDGE LEBLANC |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 24], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss with Prejudice [doc. 21] is **DENIED**.

THUS DONE AND SIGNED in Chambers this 6th day of May 2024.

_____
DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT